**FILED**

INTERPRETED, DIS

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

### U.S. District Court
### Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:26-mj-00898-BW-1

JUL 23 2026

Case title: USA v. Galvan

Other court case number: 26-3428 MJ District of New Mexico, Las Cruces
Division

Date Filed: 07/16/2026 **ERIK PALTROW,**
**CLERK OF COURT**

Date Terminated: 07/22/2026

---

Assigned to: US Magistrate Judge Brian McKay

**Defendant (1)**

**Fernando Galvan**
*TERMINATED: 07/22/2026*

represented by **Kara Letisha Carreras**
Carreras Law Group
604 E 4th Street, Suite 101
Fort Worth, TX 76102
817-795-9956
Email: kara@fortworthdefense.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Rule 5 Arrest District of New Mexico, Las Cruces
Division 18 U.S.C. 371: Conspired to, and knowingly
forged, counterfeited. altered. falsely made,
possessed, obtained, accepted, received, uttered,
used, and auempted to use documents presaibcd by
statute and regulation as evidence of authorized
stay and employment in the United States-namely,
fraudulent Lawful Permanent Resident cards, Social
Security cards. and Texas identiticalion cards-
knowing satd documents to be forged,
counterfeited, altered, falsely made, or procured by
fraud.

**Disposition**

---

**Plaintiff**

**USA**                       represented by   **Ashley Walker-DOJ**
DOJ-USAO
1100 Commerce Street
Suite 3rd Floor
Dallas, TX 75242
214-258-0472
Email: ashley.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2026 | 1 | Rule 5 Arrest as to Fernando Galvan (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (mcrd). (Entered: 07/16/2026) |
| 07/17/2026 | 2 | Minute Entry for proceedings held before US Magistrate Judge Brian McKay: Initial Appearance as to Fernando Galvan held on 7/17/2026. Date of Arrest: 7/17/2026. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Defendant remanded into the custody of the USMS. Attorney Appearances: AUSA - Ashley Walker; Defense - Kara Carreras. (No exhibits) Time in Court - :14. (Court Reporter: Digital File) (Interpreter Myrna Mdaur.) (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 3 | (Document Restricted) CJA 23 Financial Affidavit by Fernando Galvan. (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 4 | CJA 20 Order appointing attorney. Attorney Kara Letisha Carreras for Fernando Galvan appointed. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown - See Miscellaneous Order 3 Criminal Justice Act Plan. Within one week, the court will contact you via email and provide a link to the eVoucher System. Any work done on an appeal must be billed per circuit instructions. For questions, consult the CJA Attorney Information page or use the directory to contact the courtroom deputy of the appointing judge. Copies of public documents filed prior to this appointment may be obtained via PACER. (If sealed documents that you are authorized to see were previously filed, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Ordered by US Magistrate Judge Brian McKay on 7/17/2026) (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Fernando Galvan. (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 6 | ELECTRONIC ORDER As to Fernando Galvan: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by US Magistrate Judge Brian McKay on 7/17/2026) (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 7 | MOTION for Detention, MOTION to Continue filed by USA as to Fernando Galvan. (mcrd) (Entered: 07/21/2026) |
| 07/17/2026 | 8 | ORFER OF TEMPORARY COMMITMENT as to Fernando Galvan. Preliminary and Detention Hearing set for 7/22/2026 10:00 AM in US Courthouse, Courtroom 1620, 1100 Commerce St., Dallas, TX 75242-1310 before Magistrate Judge Renee Harris Toliver. (Ordered by US Magistrate Judge Brian McKay on 7/17/2026) (mcrd) (Entered: 07/21/2026) |
| 07/22/2026 | 9 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Rule 5 Hearing not held on 7/22/2026 as to Fernando Galvan. Attorney Appearances: AUSA - Ashley Walker; Defense - Kara Carreras. (No exhibits) Time in Court - :05. (Court Reporter: Digital File) (Interpreter Monica Alsina/Spanish.) (USPO Escobedo.) (mcrd) (Entered: 07/22/2026) |
| 07/22/2026 | 10 | ORDER granting 7 Motion for Detention as to Fernando Galvan (1). (Ordered by Magistrate Judge Renee Harris Toliver on 7/22/2026) (mcrd) (Entered: 07/22/2026) |
| 07/22/2026 | 11 | WAIVER of Rule 5 Hearings by Fernando Galvan. (mcrd) (Entered: 07/22/2026) |

| 07/22/2026 | 12 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Fernando Galvan. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of Mexico. (Ordered by Magistrate Judge Renee Harris Toliver on 7/22/2026) (mcrd) (Entered: 07/22/2026) |
| 07/22/2026 | 13 | Notice FROM Texas Northern TO District of New Mexico, Las Cruces Division of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Fernando Galvan. Your case number is: 263428 MJ. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 07/22/2026) |

AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
**UNITED STATES DISTRICT COURT**
**LAS CRUCES, NEW MEXICO**

## UNITED STATES DISTRICT COURT

### for the

District of New Mexico

JUL 08 2026

**ERIK PALTROW**
**CLERK OF COURT**

United States of America )
v. )
)  Case No. 26-3428 mJ
Teodora Moreno-Reyes )
)
Fernando Galvan )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2024 - April 2026____ in the county of ____Dona Ana____ in the

_____ District of ____New Mexico____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. 371, Conspiracy to violate 18 U.S.C. 1546(a) (Teodora Moreno-Reyes and Fernando Galvan) | **(Count 1)** Conspired to, and knowingly forged, counterfeited, altered, falsely made, possessed, obtained, accepted, received, uttered, used, and attempted to use documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States—namely, fraudulent Lawful Permanent Resident cards, Social Security cards, and Texas Identification cards—knowing said documents to be forged, counterfeited, altered, falsely made, or procured by fraud. |
| Count 2: 18 U.S.C. 1546(a) (Teodora Moreno-Reyes) | **(Count 2 and 3)** Whoever knowingly forges, counterfeits, alters, or falsely makes any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utters, uses, attempts to use, possesses, obtains, accepts, or receives any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as |
| Count 3: 18 U.S.C. 1546(a) (Fernando Galvan) | evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained |

This criminal complaint is based on these facts:

**See attached affidavit**

☑ Continued on the attached sheet.

Digitally signed by Noe Holguin
Date: 2026.07.07 17:31:53
-06'00'

_____
*Complainant's signature*

Noe Holguin, HSI Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: **07-08-2026**

_____
*Judge's signature*

City and state:        Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, Plaintiff,

vs.

**TEODORA MORENO-REYES AND FERNANDO GALVAN**, Defendants.

### Affidavit in Support of Criminal Complaint

On or about November 1, 2025, co-conspirator #1 was encountered by Customs and Border Protection Officers (CBPOs) at the Columbus Port of Entry, Columbus, NM, in possession of a fraudulent Lawful Permanent Resident (LPR) card and a fraudulent Social Security card. CBPOs seized the fraudulent documents and turned them over to Homeland Security Investigations for further investigation.

On or about November 5, 2025, during a post-*Miranda* interview of co-conspirator #1, co-conspirator #1 admitted to Homeland Security Investigations (HSI) Special Agents (SAs) that co-conspirator #1 arranged for the seized fraudulent documents to be made for co-conspirator #2 by a woman who co-conspirator #1 knows as "Lola Moreno," in Hatch, NM.

Co-conspirator #1 stated that "Lola" is known in Hatch as someone who provides immigration documents to work. Co-conspirator #1 further stated that co-conspirator #2 gave co-conspirator #1 $350 in cash to pay "Lola," and that the documents were created using co-conspirator #2's Mexican voter identification information. Co-conspirator #1 stated they met "Lola" outside a residence in Hatch, NM, to provide co-conspirator #2's information, and approximately two weeks later picked up the completed fraudulent documents from "Lola" outside "Lola's" residence in Hatch, NM.

After various open-source and law enforcement database queries based on the address co-conspirator #1 provided for "Lola," HSI SAs identified "Lola Moreno" as the defendant, Teodora Moreno Reyes (Moreno Reyes).

1

On or about April 29, 2026, at the Paso Del Norte Port of Entry in El Paso, Texas, Moreno Reyes presented herself for admission into the United States. CBPOs conducted a border search of a white Apple iPhone 17 Pro Max (IMEI: 357431267159016, Serial Number: J3M4XMH20D, Telephone Number: (575) 202 0410), in the possession of Moreno Reyes. During a manual review of the device, CBPOs and HSI agents observed numerous images of social security cards and LPR cards, as well as text messages in which individuals sent facial images and biographical information to Moreno Reyes, and in return Moreno Reyes forwarded that information to another number who then in return responded with United States Postal Service (USPS) receipts containing tracking numbers and images of fraudulent documents bearing the same biographical information and facial photographs. HSI SAs were contacted to assist in the investigation.

In reviewing the images of the LPR cards and social security cards, HSI SAs conducted various law enforcement database queries for the associated Alien Registration Numbers (A numbers), biographical information, and social security numbers (SSNs). The queries revealed that, for multiple cards, the name and date of birth associated with the A number and SSNs in official records did not match the name and date of birth displayed on the corresponding card image stored in Moreno Reyes' cellular phone, a white Apple iPhone 17 Pro Max.

Among the images of fraudulent documents was a photograph of the social security and LPR card previously seized on November 1, 2025, from co-conspirator #1, in a fraudulent document case linked to Moreno Reyes.

HSI SAs seized Moreno Reyes' cellular phone as evidence of violations of 18 U.S.C. § 1546 and transported it to the HSI office in Las Cruces, New Mexico.

On or about May 4, 2026, HSI SAs obtained a federal search warrant authorizing a forensic examination of Moreno Reyes' cellular phone described above. The warrant was signed on May 4, 2026, by a United States Magistrate Judge in Las Cruces, New Mexico.

An initial analysis conducted on Moreno Reyes' phone revealed a WhatsApp text stream between Moreno Reyes and telephone number +1 682 232 6050 spanning from January 20, 2024, through

2

April 2026. In this conversation, Moreno Reyes facilitates the purchase of approximately 14 fraudulent Texas identification cards, 76 fraudulent social security cards, and 66 fraudulent Lawful Permanent Resident cards. Within this text stream, Moreno Reyes sends biographical information and photographs to +1 682 232 6050, and in return receives photographs of completed fraudulent documents and USPS receipts with tracking numbers that are directed to Salem, New Mexico, located within Doña Ana County, New Mexico.

After various open source and law enforcement database queries, HSI identified the defendant, Fernando Galvan (Galvan), as the user of phone number +1 682 232 6050. In an earlier text message stream occurring on January 16, 2024, the user of +1 682 232 6050 sent Moreno Reyes the name Fernando G and 6822326050 in reference to a Zelle account that the user of +1 682 232 6050 wants Moreno-Reyes to send money to pay for the fraudulent documents she orders. On or about May 4, 2026, HSI requested and received a subscriber information subpoena for +1 682 232 6050, which came back to a Galvan's romantic partner in Fort Worth, TX. HSI SAs also obtained reports from Fort Worth Police Department indicating the subscriber of the phone assigned number 682 232 6050 was Galvan's romantic partner as documented in an incident in 2013 where Galvan fired a weapon and shot his romantic partner in the chest. In addition, a separate Fort Worth Police Department report from 2022 documented an assault arrest involving Galvan and his romantic partner and the report listed Galvan's cellular telephone number as 6822326050.

On or about June 24, 2026, HSI SAs searched +1 682 232 6050 through a WhatsApp's contact search. The search revealed a contact name of Fernando Galvan and a picture of Galvan set as the contact profile photo. The photo of Galvan in the WhatsApp profile matches other photos of Galvan obtained through law enforcement databases. HSI SAs also observed a TikTok video posted on or about June 20, 2026, by user "Nando Galvan" that depicts a male's voice behind the camera who is referred to as "Nando," talking to another male who is telling the viewers to buy raffle tickets to win a truck. "Nando" is a common nickname used in the Spanish language for people named "Fernando." The video also has a text box within the video that says "Zelle 6822326050" indicating where the payment for the raffle tickets should be sent. Other videos posted by user "Nando Galvan" show a male's face that matches Galvan's biometric information found in law enforcement database queries.

3

The initial analysis further showed that the fraudulent documents seized at the Columbus Port of Entry on November 1, 2025, were ordered by Moreno Reyes from the user of the phone number 682-232-6050, on or about October 8, 2025.

The initial analysis of Moreno Reyes' phone revealed communication with several other individuals seeking to purchase fraudulent documents. The communications showed Moreno Reyes provided unknown individuals with a price of $350 and indicated Moreno Reyes was conspiring with the user of 682-232-6050 (Identified as Fernando Galvan) to provide fraudulent the documents, specifically identification cards, social security cards and LPR cards. The communications also indicated Moreno Reyes intended on meeting individuals in person to provide them with the fraudulent documents.

Based upon the above information, I believe probable cause exists that, Teodora Moreno-Reyes and Fernando Galvan conspired to, and knowingly forged, counterfeited, altered, falsely made, possessed, obtained, accepted, received, uttered, used, and attempted to use documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States—namely, fraudulent Lawful Permanent Resident cards, social security cards, and Texas identification cards—knowing said documents to be forged, counterfeited, altered, falsely made, or procured by fraud, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 1546(a).

The complaint and affidavit have been reviewed by AUSA Mark Saltman.

Digitally signed by Noe Holguin
Date: 2026.07.07 17:32:31
-06'00'

Special Agent Noe Holguin
Homeland Security Investigations

by telephone ks

Subscribed and sworn to before me on June ___ 07-08, 2026.

Kevin R. Sweazea,
United States Magistrate Judge

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE:   BRIAN McKAY | |
|---|---|
| DEPUTY CLERK:  A. Aguilar | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: Myrna Ydanira | COURT TIME: 12:01 – 12:15 |
| A.M.          P.M. | DATE: July 17, 2026 |

☐ MAG. NO.          ☐ DIST. CR. NO. 3:26-mj-00898-BW *SEALED*

UNITED STATES OF AMERICA

§
§

Ashley Walker , AUSA

v.

§
§
§
§
§

_____ ☐

Kara Carreras (A) ☐

FERNANDO GALVAN (1)

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☐ SURRENDER _____
☑ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☑ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☑ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☑ DETENTION HEARING SET Wednesday, July 22 at 10:00 a.m.
☑ PRELIMINARY HEARING SET Wed. 7/22 _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF  ☐ PRELIMINARY HEARING  ☑ RULE 5/32 HEARING  ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE  ☑ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED.  WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____

Case 3:26-mj-00898-BW    Document 4    Filed 07/17/26    Page 1 of 1    PageID 4

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 07/17)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 05TXN3 | Fernando Galvan | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 3:26-mj-00898-BW *SEALED* - 01 | | | |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| USA v. SEALED | ☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | ☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),*
AND MAILING ADDRESS

Kara L. Carreras
604 E 4th Street, Suite 101
Fort Worth, TX 76102

Telephone Number : (817) 795-9956

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

13. COURT ORDER
☑ O  Appointing Counsel          ☐ C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney     ☐ Y  Standby Counsel

Prior Attorney's _____
Appointment Dates: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other *(See Instructions)*

_____
Signature of Presiding Judge or By Order of the Court

7/17/2026
_____
Date of Order                Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.    ☐ YES    ☐ NO

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $ ___ )   TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $ ___ )   TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| | | 0.00 | | 0.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: _____  TO: _____ | | |

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO    If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  ☐ YES  ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED $0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

JUL 17 2026

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:26-mj-00898-BW *SEALED* |
| | § | |
| v. | § | |
| | § | |
| FERNANDO GALVAN (1) | § | Charging District's Case No. 26-3428-MJ |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the District of New Mexico, Las Cruces Division

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probably cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. ~~I request that my ☐ Preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.~~

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   17   day of July, 2026

X _____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

FERNANDO GALVAN

NO. 3:26-MJ-898-BW

## MOTION FOR DETENTION AND CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant,

pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.    This case is eligible for a detention order because the

case involves (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156);

☐ Maximum sentence life imprisonment or death;

☐ 10 + year drug offense;

☐ Felony, with two prior convictions in above categories;

☒ Serious risk defendant will flee;

☐ Serious risk obstruction of justice;

☐ Felony involving a minor victim;

☐ Felony involving a firearm, destructive device, or dangerous weapon; or

☐ Felony involving a failure to register (18 U.S.C. § 2250).

**Motion for Detention - Page 1**

2.      Reason for Detention:  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☐ Defendant's appearance as required;

☐ Safety of any other person and the community.

3.      Rebuttable Presumption:  The United States will invoke the rebuttable presumption against defendant because (check all that apply):

☐ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

☐ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

☐ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

☐ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Time for Detention Hearing:  The United States requests the Court conduct the detention hearing,

☐ At first appearance

☒ After continuance of 3 day(s) (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Ashley M. Walker*
ASHLEY M. WALKER
Assistant United States Attorney
MO Bar Number 67175
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
ashley.walker@usdoj.gov

## CERTIFICATE OF NON-SERVICE

I hereby certify that a true and correct copy of this document was presented to the

Court on July 17, 2026.

*/s/ Ashley M. Walker*
ASHLEY M. WALKER
Assistant United States Attorney

**Motion for Detention - Page 3**

Case 3:26-mj-00898-BW   Document 8   Filed 07/17/26   Page 1 of 1   PageID 9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:26-mj-00898-BW *SEALED* |
| | § | |
| FERNANDO GALVAN (1) | § | |

**ORDER OF TEMPORARY COMMITMENT**

On this date the above named Defendant appeared before the undersigned magistrate judge after having been arrested in the above numbered action for an offense against the laws of the United States, and

☒ The government having moved the magistrate judge to hold a hearing to determine whether any condition or combination of conditions will reasonably assure the Defendant's appearances and the safety of any other person and the community (18 U.S.C. §3142(f), as amended P.L. 98-473, 98 Stat. 1837), and

☒ The government's attorney having moved for a continuance of such hearing

☐ It appearing that the Defendant may not be capable of posting of a monetary bond as a condition to assure his appearance and the safety of any other person and the community (§3142(c), supra), and that a hearing on whether the Defendant should be released on bond or should be detained pending disposition of the criminal charges should be deferred from today's date, and

☒ Defendant having moved for a continuance so that he can have an attorney present at the hearing,

IT IS, THEREFORE, ORDERED that the Preliminary and Detention and Hearing is to be held on Wednesday, July 22, 2026, at 10:00 a.m. before U.S. Magistrate Judge Toliver, unless extended for good cause. *

IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

ENTERED this 17th day of July, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

*A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Texas**
**Dallas**

| | | |
|---|---|---|
| | ) | |
| USA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:26–mj–00898–BW |
| | ) | |
| Fernando Galvan | ) | |
| Defendant. | ) | |

## DETENTION ORDER

Before the court is the government's motion to detain the defendant pending further proceedings. After consultation with counsel, the defendant knowingly and voluntarily waived the right to a hearing on the motion at this time, subject to any reservation of rights on the waiver form. The government's motion for detention is therefore GRANTED.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for appearance in connection with court proceedings.

SO ORDERED ON 7/22/2026.

Renee Harris Toliver
Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:26-mj-00898-BW *SEALED* |
|  | § |  |
| v. | § |  |
|  | § |  |
| FERNANDO GALVAN (1) | § | Charging District's Case No. 26-3428-MJ |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the District of New Mexico, Las Cruces Division

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probably cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ Preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 22 day of July, 2026

X _____
Defendant's signature

_____
Signature of defendant's attorney

Kara Carreon
Printed name of defendant's attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2 2026
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:26-mj-00898-BW *SEALED* |
| | § | Other Dist. Docket No. 26-3428 MJ |
| v. | § | |
| | § | District of New Mexico |
| FERNANDO GALVAN (1) | § | Las Cruces Division |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district. Having been arrested in this district on a warrant issued on that/those charge(s), he appeared before me for proceedings as follows:

**Rule 5(c)(3)   Transfer**

- [✓] Defendant waived the requirement that a copy of the warrant be produced.
- [ ] The government has produced a copy of the warrant, and
- [✓] The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:
  - [✓] The defendant waived identity hearing.
  - [ ] An identity hearing was conducted, and the defendant's identity was established
- [ ] The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2 2026
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**Rule 5.1:   Preliminary Hearing**

- [ ] No preliminary hearing is necessary because the defendant is charged by indictment.
- [ ] The defendant waived a preliminary hearing.
- [✓] The defendant elected to have a preliminary hearing in the district where the prosecution is pending.
- [ ] The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
  - [ ] There is probable cause to believe that the defendant committed the offense(s) charged.
  - [ ] There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)   Detention Hearing**

- [ ] No detention hearing is necessary because the government did not move to detain the defendant.
- [ ] The defendant waived a detention hearing.
- [✓] The defendant elected to have a detention hearing in the district where the prosecution is pending.
- [ ] The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
  - [ ] The defendant should be detained.
  - [ ] The defendant should be released on bond.

## ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/~~she~~ is charged and there deliver him/~~her~~ to the United States Marshal for that district or to some other officer authorized to receive him/~~her~~.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 7/22/2026

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE